IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SPECIALIZED MONITORING SOLUTIONS, LLC, | § § § § | |
| Plaintiff, | § § | Case No. 2:17-CV-768-WCB-RSP |
| v. | § § | |
| ADT LLC d/b/a ADT SECURITY SERVICES, | § § | |
| Defendant. | | |

# FINAL JUDGMENT

In an order filed today, the Court has granted summary judgment in favor of defendant ADT LLC d/b/a ADT Security Services summary judgment and against plaintiff Specialized Monitoring Solutions LLC on the ground that the asserted claims of United States Patent No. 6,657,533 are invalid under 35 U.S.C. § 101. Pursuant to Rule 58, Fed. R. Civ. P., the Court hereby ORDERS AND ENTERS JUDGMENT as follows:

1. Claims 1–5, 7–9, 17–23, 25–27, and 35–36 of United States Patent No. 6,657,533 are invalid.

2. Plaintiff Specialized Monitoring Solutions LLC takes nothing from defendant ADT LLC d/b/a ADT Security Services.

3. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, the Court finds that defendant ADT LLC d/b/a ADT Security Services is the prevailing party in this matter and that costs are taxed in favor of the defendant ADT LLC d/b/a ADT Security Services.

IT IS SO ORDERED.

SIGNED this 7th day of February, 2019.

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE